UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX, *ET AL.*<br>    *Plaintiffs*<br><br>v.<br><br>LAFAYETTE CITY-PARISH CONSOLIDATED<br>GOVERNMENT, *ET AL.*<br>    *Defendants* | CIVIL NO.: 6:12-CV-01532 RTH-PJH |

NOTICE OF APPEAL

NOW INTO COURT, through undersigned counsel, come the Plaintiffs herein, **Kane Marceaux**, **Greg Cormier**, **Scott Poiencot**, **Gabriel Thompson**, **Norbert Myers**, **Nolvey Stelly**, **Uletom P. Hewitt**, **Regina Briscoe**, **Aleeta M. Harding**, **Gus Sanchez**, **Robert Polanco**, **Kencil D. Joseph**, **Donald Ceaser**, **Paul Taylor, Jr.**, and **Rachel Roberts**, who file this Notice of Appeal and who, with respect to same, do hereby allege, aver, depose, attest, state and claim as follows:

NOTICE IS HEREBY GIVEN that Kane Marceaux, Greg Cormier, Scott Poiencot, Gabriel Thompson, Norbert Myers, Nolvey Stelly, Uletom P. Hewitt, Regina Briscoe, Aleeta M. Harding, Gus Sanchez, Robert Polanco, Kencil D. Joseph, Donald Ceaser, Paul Taylor, Jr., and Rachel Roberts, Plaintiffs in the above-named matter and cause, hereby appeal to the United States Fifth Circuit Court of Appeals from the judgment [Rec. Doc. 84] rendered by this Honorable Court and entered on January 30, 2013, whereby Defendants' underlying Motions to Dismiss [Rec. Docs. 5, 64] were:

1.    GRANTED with regard to all of plaintiffs' claims for injunctive relief, section 1985 conspiracy claims, state-law claims, claims predicated upon alleged violations of the Fourth Amendment, and claims predicated upon alleged violations of their due

process and equal protection rights under the Fifth and Fourteenth Amendments;

2. **GRANTED** with regard to the claims asserted against defendants Durel, Stanley, Craft, Alfred, Ted Vincent, Randy Vincent, Firmin, Domingue, Prejean, Prevost, and Gremillion in their official capacities, as well as the claims against the Lafayette City Police Department to the extent it is named as a specific defendant;

3. **GRANTED** with regard to the claims asserted against defendants Durel, Firmin, Ted Vincent, Randy Vincent, Domingue, Prejean, Prevost, and Gremillion in their individual capacities;

4. **GRANTED** with regard to the claims asserted by plaintiffs Myers, Harding, Sanchez, Polanco, Briscoe, and Roberts; and,

5. **FURTHER ADOPTING AND RATIFYING** the Report and Recommendation issued by the Honorable Magistrate Judge Patrick J. Hanna wherein His Honor foreclosed any/all possibility of Plaintiffs filing supplemental and/or amended pleadings: "[T]his Court sees nothing to be gained by allowing another amendment."  Rec. Doc. 79, p. 5; and, therefore,

6. **AS A RESULT**, Plaintiffs have now been precluded and prevented from asserting their emanating and associated claims which arise out of and relative to their respective employment by and with the Defendants, including, without limitation, the present amendment preclusion as set forth in Rec. Doc. 79, p. 5, as adopted by and through Rec. Doc. 84, which specifically prevents Plaintiffs from amending their Original and Supplemental Complaint to assert tenable EEOC claims and/or other such various and sundry other claims as possessed by the said Plaintiffs.

**ALTERNATIVELY / CONJUNCTIVELY**, and to the extent the foregoing Judgment is deemed to not be "final" within the intendment of 28 U.S.C. § 1291 or the Practical Finality Doctrine as

stated in <u>Gillespie v. United States Steel Corp.</u>, 379 U.S. 148, 85 S.Ct. 308, 13 L.Ed.2d 199 (1964), Plaintiffs Kane Marceaux, Greg Cormier, Scott Poiencot, Gabriel Thompson, Norbert Myers, Nolvey Stelly, Uletom P. Hewitt, Regina Briscoe, Aleeta M. Harding, Gus Sanchez, Robert Polanco, Kencil D. Joseph, Donald Ceaser, Paul Taylor, Jr., and Rachel Roberts appear herein and seek a 28 U.S.C. § 1292(b) Certification from this Honorable Court:

> When a district judge, in making in a civil action an order not otherwise appealable under this section, shall be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, he shall so state in writing in such order.

Stated more simply, Section 1292(b) allows a district court to certify for appeal an order involving "a controlling question of law, as to which there is substantial ground for difference of opinion, and that an immediate appeal from that order may materially advance the ultimate termination of the litigation." <u>Pemberton v. State Farm Mtl Auto. Ins. Co.</u>, 996 F.2d 789 (5th Cir. 1993). Plaintiffs show the underlying judgment [Rec. Doc. 84] (1) involves a controlling question of law as to which (2) there is a substantial ground for difference of opinion and (3) that an immediate appeal from the order may materially advance the ultimate termination of the litigation. 28 U.S.C. § 1292. The present matter presents a judgment which has expressly dismissed the claims of multiple party plaintiffs and the entire liability of multiple party defendants. Thus, and based upon this matter meeting the three (3) requisite elements set forth in 28 U.S.C. § 1292(b), Plaintiffs respectfully move this Honorable Court to render an appropriate Certification.

**AND FURTHER PRAYING**, Plaintiffs respectfully request this Honorable Court's 28 U.S.C. § 1292(b) Certification be rendered concomitantly with an Order that further proceedings before the District Court be stayed pending a final outcome and resolution of the requested appeal.

**ALTERNATIVELY / CONJUNCTIVELY**, Plaintiffs finally move this Honorable Court to

grant a Motion to Certify in accordance with F.R.C.P. 54(b):

> When an action presents more than one claim for relief--whether as a claim, counterclaim, crossclaim, or third-party claim--or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay.

This determination is made by balancing the "danger of hardship or injustice through delay which would be alleviated by immediate appeal" and avoiding piecemeal appeals. Eldridge v. Martin Marietta Corp., 207 F.3d 737, 740 (5th Cir. 2000).  To enter a Rule 54(b) final judgment, the district court must have disposed of "one or more ... claims or parties."  F.R.C.P. 54(b).  To the extent the underlying judgment [Rec. Doc. 84] is not properly appealed either through 28 U.S.C. § 1291 or 28 U.S.C. § 1292(b), Plaintiffs move this Honorable Court to certify any/all such portions of the said judgment as may be properly deemed final and immediately appealable in the premises.

THUS DONE, SIGNED, AND RESPECTFULLY SUBMITTED on this the ___1st__ day of March, 2013.

SIGNATURES ON NEXT PAGE.

Respectfully Submitted,

**J. Christopher Alexander, Sr., Esq., LLC**
Attorney and Counselor at Law


/s/ J. Christopher Alexander, Sr., Esq.
J. Christopher Alexander, Sr., Esq.
Louisiana Bar Roll No.: 26,591
3751 Government Street, Suite "A"
Baton Rouge, Louisiana 70806
225-761-9456 (telephone)
225-761-7899 (facsimile)
chris@jcalaw.us
Co-Counsel for Plaintiffs

**R. Royal Alexander, Esq.**
Attorney and Counselor at Law


/s/ R. Royal Alexander, Esq.
R. Royal Alexander, Esq.
Louisiana Bar Roll No.: 25,331
333 Texas Street, Suite 725
Shreveport, Louisiana 71101
318-934-1179 (telephone)
318-673-8456 (facsimile)
ralexander@deep-south.com
Co-Counsel for Plaintiffs


CERTIFICATE OF SERVICE ON NEXT PAGE.

**Spring & Spring, LLC**
Attorneys at Law


/s/ S. Stephen Spring, II, Esq.
S. Stephen Spring, II, Esq.
Louisiana Bar Roll Number: 12347
733 East Airport Avenue, Suite 104
Baton Rouge, Louisiana 70806
225.932.9671 (telephone)
413.451.8923 (facsimile)
springlaw@gmail.com
Co-Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon the following counsel of record herein:

**Michael Corry, Esq.**
Briney Foret Corry, LLP
413 Travis Street
Lafayette, Louisiana  70503
337-237-4070 (telephone)
337-233-8719 (facsimile)
corry@brineyforet.com

**Hallie Pilcher Coreil**
Briney Foret Corry, LLP
413 Travis Street
Lafayette, Louisiana  70503
337-237-4070 (telephone)
337-233-8719 (facsimile)
coreil@brineyforet.com

**Richard R Montgomery**
Briney Foret Corry, LLP
413 Travis Street
Lafayette, Louisiana  70503
337-237-4070 (telephone)
337-233-8719 (facsimile)
rrmontgomery@brineyforet.com

I FURTHER CERTIFY that the foregoing service was effected via delivery of this self-same document into the Court's electronic filing system, which delivery does thereby fulfill counsel's duty to provide notice to all parties herein, and which filing was made on this the 1st day of March, 2013, from the City of Baton Rouge, Parish of East Baton Rouge, State of Louisiana.

<u>      /s/ J. Christopher Alexander, Sr., Esq.      </u>
J. Christopher Alexander, Sr., Esq.

# U.S. District Court
# Western District of Louisiana (Lafayette)
## CIVIL DOCKET FOR CASE #: 6:12-cv-01532-RTH-PJH

Marceaux et al v. Lafayette City-Parish Consolidated
Government et al
Assigned to: Judge Richard T Haik, Sr
Referred to: Magistrate Judge Patrick J Hanna
Demand: $0
Lead Docket: None
Related Cases: None
Cases in other court: None
Cause: 42:1983 Civil Rights Act

Date Filed: 6/5/2012
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff
----------------------

**Kane Marceaux**

     *Appellant*

represented by **Richard Royal Alexander**
3646 Youree Dr
Shreveport, LA 71105
318-344-7030
*ATTORNEY TO BE NOTICED*

**Stanley Stephen Spring, II**
Spring & Spring
733 E Airport Ave Ste 104
Baton Rouge, LA 70806
USA
225-932-9671
Fax: 413-451-8923
Email: springlaw@gmail.com
*ATTORNEY TO BE NOTICED*

**John Christopher Alexander, Sr**
Alexander Law Firm
3751 Government St Ste A
Baton Rouge, LA 70806
225-761-9456
Fax: 225-761-7899
Email: jca@jcalaw.us
*ATTORNEY TO BE NOTICED*

**Greg Cormier**

     *Appellant*

represented by **Richard Royal Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Stephen Spring, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Poiencot** <span style="color:red">Appellant</span>

represented by

**John Christopher Alexander, Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Royal Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Stephen Spring, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gabriel Thompson**

<span style="color:red">Appellant</span>

represented by

**John Christopher Alexander, Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Royal Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Stephen Spring, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norbert Myers**
*TERMINATED: 1/30/2013*

<span style="color:red">Appellant</span>

represented by

**John Christopher Alexander, Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Royal Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Stephen Spring, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Novey Stelly**

<span style="color:red">Appellant</span>

represented by

**John Christopher Alexander, Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Royal Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Stephen Spring, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Uletom P Hewitt**

<span style="color:red">Appellant</span>

represented by

**John Christopher Alexander, Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Royal Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Stephen Spring, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

John Christopher Alexander, Sr
(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina Briscoe**
*TERMINATED: 1/30/2013*       represented by     **Richard Royal Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

     Appellant                            **Stanley Stephen Spring, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

John Christopher Alexander, Sr
(See above for address)
*ATTORNEY TO BE NOTICED*

**Aleeta M Harding**
*TERMINATED: 1/30/2013*       represented by     **Richard Royal Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

     Appellant                            **Stanley Stephen Spring, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

John Christopher Alexander, Sr
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gus Sanchez**
*TERMINATED: 1/30/2013*       represented by     **Richard Royal Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

     Appellant                            **Stanley Stephen Spring, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

John Christopher Alexander, Sr
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Polanco**
*TERMINATED: 1/30/2013*       represented by     **Richard Royal Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

     Appellant                            **Stanley Stephen Spring, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

John Christopher Alexander, Sr
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kencil D Joseph**             represented by     **Richard Royal Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

     Appellant                            **Stanley Stephen Spring, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  | John Christopher Alexander, Sr<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Donald Ceaser**<br><span style="color:red">Appellant</span> | represented by | **Richard Royal Alexander**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stanley Stephen Spring, II**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | John Christopher Alexander, Sr<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Paul Taylor, Jr**<br><span style="color:red">Appellant</span> | represented by | **Richard Royal Alexander**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stanley Stephen Spring, II**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | John Christopher Alexander, Sr<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Rachel Roberts**<br>*TERMINATED: 1/30/2013*<br><span style="color:red">Appellant</span> | represented by | **Richard Royal Alexander**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stanley Stephen Spring, II**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | John Christopher Alexander, Sr<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**
-----------------------

| **Lafayette City-Parish Consolidated Government**<br><span style="color:red">Appellee</span> | represented by | **Michael P Corry**<br>Briney Foret Corry<br>P O Drawer 51367<br>Lafayette, LA 70505<br>337-237-4070<br>Fax: 337-233-8719<br>Email: corry@brineyforet.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Hallie Pilcher Coreil**<br>Briney Foret Corry |

P O Drawer 51367
Lafayette, LA 70505
337-237-4070
Fax: 337-237-8719
Email: coreil@brineyforet.com
*ATTORNEY TO BE NOTICED*

**Patrick J Briney**
Briney Foret Corry
P O Drawer 51367
Lafayette, LA 70505
337-237-4070
Fax: 337-233-8719
Email: briney@brineyforet.com
*ATTORNEY TO BE NOTICED*

**Richard R Montgomery**
Briney Foret Corry
P O Drawer 51367
Lafayette, LA 70505
337-237-4070
Fax: 337-233-8719
Email: rrmontgomery@brineyforet.com
*ATTORNEY TO BE NOTICED*

**City Police of Lafayette**
*TERMINATED: 1/30/2013*

          Appellee

represented by **Michael P Corry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hallie Pilcher Coreil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick J Briney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard R Montgomery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lester Joseph Durel, Jr**, *in his capacity
as President of the Lafayette City-Parish
Consolidated Government*
*TERMINATED: 1/30/2013*

          Appellee

represented by **Michael P Corry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hallie Pilcher Coreil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick J Briney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard R Montgomery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dee Edward Stanley**

       <span style="color:red">Appellee</span>

represented by **Michael P Corry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hallie Pilcher Coreil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick J Briney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard R Montgomery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P Craft**

       <span style="color:red">Appellee</span>

represented by **Michael P Corry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hallie Pilcher Coreil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick J Briney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard R Montgomery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Jackie Alfred**

       <span style="color:red">Appellee</span>

represented by **Michael P Corry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hallie Pilcher Coreil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick J Briney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard R Montgomery**
(See above for address)
*ATTORNEY TO BE NOTICED*

~~**Ted Vincent**, *individually and in his capacity as Captain in the Lafayette Police Department*~~
~~*TERMINATED: 1/30/2013*~~

~~**Randy Vincent**, *individually and in his official capacity as a Major in the Lafayette Police Department*~~

~~TERMINATED: 1/30/2013~~

~~**Levy J Firmin,**~~ *individually and in his capacity as a Lieutenant in the Lafayette Police Department* ~~TERMINATED: 1/30/2013~~

~~**Ray Domingue,**~~ *individually and in his capacity as Human Resources Manager of the Lafayette City-Parish Consolidated Government* ~~TERMINATED: 1/30/2013~~

~~**Dwayne Prejean,**~~ *individually and in his capacity as a Lieutenant in the Lafayette Police Department* ~~TERMINATED: 1/30/2013~~

~~**U J Prevost,**~~ *individually and in his capacity as a Detective in the Lafayette Police Department* ~~TERMINATED: 1/30/2013~~

~~**Keith Gremillion,**~~ *individually and in his capacity as a Sergeant in the Lafayette Police Department* ~~TERMINATED: 1/30/2013~~

| Filing Date | # | Docket Text |
|---|---|---|
| 6/5/2012 | 1 1 1 1 1 | COMPLAINT against George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government and Dee Edward Stanley with Jury Demand (Filing fee $350, receipt number 0536-1966910) filed by Novey Stelly, Scott Poiencot, Uletom P. Hewitt, Aleeta M. Harding, Greg Cormier, Regina Briscoe, Gabriel Thompson, Kane Marceaux, Norbert Myers. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit A - Policy 2161-20, # (3) Exhibit B- Policy 2161-2, # (4) Exhibit C - Policy 120-1)(aty,Alexander, John) Modified on 6/7/2012 to edit text (Dauterive, C). (Entered: 6/5/2012) |
| 6/5/2012 | | CASE Assigned to Judge Richard T Haik, Sr and Magistrate Judge Patrick J Hanna. (crt,Dauterive, C) (Entered: 6/7/2012) |
| 6/7/2012 | 2 | AFFIDAVIT re [1] Complaint, *Affidavits of Verity* by Regina Briscoe, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kane Marceaux, Norbert Myers, Scott Poiencot, Novey Stelly, Gabriel Thompson. (aty,Alexander, John) (Entered: 6/7/2012) |
| 6/7/2012 | 3 | SUMMONS ISSUED as to George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government and Dee Edward Stanley. (crt,Dauterive, C) (Entered: 6/7/2012) |
| 7/6/2012 | 4 4 4 4 4 | MOTION to Strike by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. (Attachments: # (1) Memorandum / Brief, # (2) Text of proposed order, # (3) Exhibit, # (4) Exhibit)(aty,Corry, Michael) (Entered: 7/6/2012) |

| | | |
|---|---|---|
| 7/6/2012 | 5 5 5 | MOTION to Dismiss For Failure to State a Claim by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. (Attachments: # (1) Memorandum / Brief, #(2) Text of proposed order)(aty,Corry, Michael) Modified on 7/9/2012 to reflect deficient status (Dauterive, C). Modified on 7/11/2012 to remove deficient status; see [8] Corrective Document/ Memorandum in Support (Dauterive, C). (Entered: 7/6/2012) |
| 7/9/2012 | 6 | NOTICE of Motion Setting with oral argument regarding: [4] MOTION to Strike. Motions referred to Richard T Haik, Sr. Motion day set for 8/16/2012 09:30 AM in Lafayette, Courtroom 1 before Judge Richard T Haik Sr. (crt,Dauterive, C) (Entered: 7/9/2012) |
| 7/9/2012 | 7 | NOTICE of Deficiency to Michael P Corry on behalf of George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley regarding [5] MOTION to Dismiss For Failure to State a Claim. Reason: A table of contents and table of cases, statutes and other authorities is required for a brief which exceeds ten pages. (crt,Dauterive, C) (Entered: 7/9/2012) |
| 7/10/2012 | 8 | CORRECTIVE DOCUMENT entitled Memorandum in Support of F.R.C.P. Rule 12(b)(6) Motion to Dismiss filed by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley regarding [5] MOTION to Dismiss For Failure to State a Claim . (aty,Corry, Michael) (Entered: 7/10/2012) |
| 7/11/2012 | 9 | NOTICE of Motion Setting with oral argument regarding: [5] MOTION to Dismiss For Failure to State a Claim. Motions referred to Richard T Haik, Sr. Motion day set for 8/16/2012 09:30 AM in Lafayette, Courtroom 1 before Judge Richard T Haik Sr. (crt,Dauterive, C) (Entered: 7/11/2012) |
| 7/20/2012 | 10 10 10 10 | MOTION to Continue August 16, 2012, Oral Argument on Motion to Strike [Rec. Doc. 4] and Motion to Dismiss For Failure to State a Claim [Rec. Doc. 5] with opposition by Regina Briscoe, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kane Marceaux, Norbert Myers, Scott Poiencot, Novey Stelly, Gabriel Thompson. Motions referred to Patrick J Hanna. (Attachments: # (1) Proposed order, # (2) Exhibit A - Letter to Opposing Counsel (7-12-12), # (3) Exhibit B - Letter from Opposing Counsel (7-13-12))(aty,Alexander, John) Modified on 7/20/2012 to edit text (Dauterive, C). (Entered: 7/20/2012) |
| 7/20/2012 | | Motions Transferred regarding [10] MOTION to Continue August 16, 2012, Oral Argument on Motion to Strike [Rec. Doc. 4] and Motion to Dismiss For Failure to State a Claim [Rec. Doc. 5] with opposition. Motions referred to Richard T Haik, Sr. (crt,Dauterive, C) (Entered: 7/20/2012) |
| 7/27/2012 | 11 | MEMORANDUM in Opposition re [5] MOTION to Dismiss For Failure to State a Claim filed by Regina Briscoe, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kane Marceaux, Norbert Myers, Scott Poiencot, Novey Stelly, Gabriel Thompson. (aty,Alexander, John) (Entered: 7/27/2012) |
| 7/27/2012 | 12 | MEMORANDUM in Opposition re [4] MOTION to Strike filed by Regina Briscoe, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kane Marceaux, Norbert Myers, Scott Poiencot, Novey Stelly, Gabriel Thompson. (aty,Alexander, John) (Entered: |

| | | |
|---|---|---|
| | | 7/27/2012) |
| 7/31/2012 | [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) [13](#) | MOTION for Sanctions by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. Motions referred to Patrick J Hanna. (Attachments: # (1) Certificate of Compliance, # (2) Proposed order, # (3) Memorandum / Brief, # (4) Exhibit, # (5) Exhibit, # (6) Exhibit, # (7) Exhibit, # (8) Exhibit, # (9) Exhibit, # (10) Exhibit, # (11) Exhibit, # (12) Exhibit, # (13) Exhibit, # (14) Exhibit, # (15) Exhibit, # (16) Exhibit, # (17) Exhibit, # (18) Exhibit, # (19) Exhibit, # (20) Exhibit)(aty,Corry, Michael) (Entered: 7/31/2012) |
| 7/31/2012 | [14](#) [14](#) | MEMORANDUM in Opposition re [10] MOTION to Continue August 16, 2012, Oral Argument on Motion to Strike [Rec. Doc. 4] and Motion to Dismiss For Failure to State a Claim [Rec. Doc. 5] with opposition filed by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. (Attachments: # (1) Exhibit)(aty,Corry, Michael) (Entered: 7/31/2012) |
| 8/1/2012 | [15](#) | NOTICE of Motion Setting with oral argument regarding: [13] MOTION for Sanctions. Motions referred to Richard T Haik, Sr. Motion day set for 9/13/2012 09:30 AM in Lafayette, Courtroom 1 before Judge Richard T Haik Sr. (crt,Dauterive, C) (Entered: 8/1/2012) |
| 8/8/2012 | [16](#) | ORDER granting [10] Motion to Continue Hearing. The motion hearing scheduled for 8/16/2012 is hereby continued to 9/13/2012, at 9:30 a.m., in Lafayette. Signed by Judge Richard T Haik, Sr on 8/7/2012. (crt,Keifer, K) (Entered: 8/8/2012) |
| 8/8/2012 | | Set/Reset Deadlines as to [5] MOTION to Dismiss For Failure to State a Claim, [4] MOTION to Strike . Motion day set for 9/13/2012 09:30 AM before Judge Richard T Haik Sr. (crt,Keifer, K) (Entered: 8/8/2012) |
| 8/21/2012 | [17](#) [17](#) | MEMORANDUM in Opposition re [13] MOTION for Sanctions filed by Regina Briscoe, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kane Marceaux, Norbert Myers, Scott Poiencot, Novey Stelly, Gabriel Thompson. (Attachments: # (1) Exhibit A - Notice of Devolutive Appeal in Glasper v. Holden)(aty,Alexander, John) (Entered: 8/21/2012) |
| | [18](#) [18](#) [18](#) [18](#) [18](#) | MOTION for Protective Order by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. Motions referred to Patrick J Hanna. (Attachments:# (1) |

| 8/22/2012 | 18<br>18<br>18<br>18<br>18<br>18 | Proposed order, # (2) Memorandum / Brief, # (3) Exhibit, # (4) Exhibit, # (5) Exhibit, # (6) Exhibit, # (7) Exhibit, # (8) Exhibit, # (9) Exhibit, # (10) Exhibit)(aty,Corry, Michael) Modified on 9/10/2012 to reflect Exhibit A-1 electronically filed as document [31] (Dauterive, C). (Entered: 8/22/2012) |
| 8/22/2012 | 19<br>19 | MOTION for Expedited *Status Conference* by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. Motions referred to Patrick J Hanna. (Attachments: # (1) Proposed order)(aty,Corry, Michael) Modified on 8/23/2012 to edit text (Dauterive, C). (Entered: 8/22/2012) |
| 8/22/2012 | 18 | MOTION for Sanctions by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. Motions referred to Patrick J Hanna. ADMINISTRATE ENTRY as [18] MOTION for Protective Order electronically filed without selecting all reliefs requested within the pleading. (crt,Dauterive, C) Modified on 8/23/2012 to assign document number (Dauterive, C). (Entered: 8/23/2012) |
| 8/23/2012 | 20<br>20 | Ex Parte MOTION for R. Royal Alexander, Esq. to Enroll as Counsel *for Plaintiffs* by Regina Briscoe, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kane Marceaux, Norbert Myers, Scott Poiencot, Novey Stelly, Gabriel Thompson. Motions referred to Patrick J Hanna. (Attachments: # (1) Proposed order)(aty,Alexander, John) (Entered: 8/23/2012) |
| 8/24/2012 | 21 | MINUTE ENTRY REFERRING MOTION: [13] MOTION for Sanctions filed by George Jackie Alfred, Lester Joseph Durel, Jr, Dee Edward Stanley, City Police of Lafayette, James P Craft, Lafayette City-Parish Consolidated Government. Motion referred to Patrick J Hanna. (crt,Dauterive, C) (Entered: 8/24/2012) |
| 8/28/2012 | 22 | ORDER granting [20] Motion Richard Royal Alexander to Enroll as Counsel on behalf of Regina Briscoe, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kane Marceaux, Norbert Myers, Scott Poiencot, Novey Stelly, Gabriel Thompson. Signed by Magistrate Judge Patrick J Hanna on 8/28/2012. (crt,Putch, A) (Entered: 8/29/2012) |
| 8/31/2012 | 23 | RULE 16 CONFERENCE ORDER: Magistrate Judge Status Conference set for 9/5/2012 10:30 AM in Chambers before Magistrate Judge Patrick J Hanna. Signed by Magistrate Judge Patrick J Hanna on 8/30/2012. (crt,Dauterive, C) (Entered: 8/31/2012) |
| 9/5/2012 | 24 | MINUTES for proceedings held before Magistrate Judge Patrick J Hanna: granting [19] Motion for Hearing; Expedited Status Conference held on 9/5/2012. A written ruling and order by the Court will follow. (Court Reporter: LaRae Bourque) (crt,Jordan, P) (Entered: 9/5/2012) |
| 9/5/2012 | 25 | SEALED DOCUMENT: Exhibit List by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley re [24] Order on Status Conference (crt,Jordan, P) (Entered: 9/6/2012) |
| | | ORDER: IT IS ORDERED THAT Plaintiffs' shall have 15 days to seek leave to amend the pleadings, which motion shall comply with LR 7.6 regarding a statement of |

| | | |
|---|---|---|
| 9/5/2012 | 27 | consent. Defense counsel are to advise the undersigned whether the pending motion to dismiss (Rec. Doc. 5) or the pending motion to strike (Rec. Doc. 4) will go forward as presented or whether either or both of the motions will be amended/supplemented based on the content of the amended pleading filed by Plaintiffs. If the defendants report that there are no amendments/supplements, [4] MOTION to Strike and [5] MOTION to Dismiss For Failure to State a Claim will be heard by the undersigned on September 25, 2012, at 9:30 a.m. in Courtroom 7 without further briefing (Motion day set for 9/25/2012 09:30 AM in Lafayette, Courtroom 7 before Magistrate Judge Patrick J Hanna). If the defendants wish to supplement/amend their motions, the Court will issue a briefing schedule and the motions will be taken up after the briefs are submitted. IT IS FURTHER ORDERED THAT the hearing on the [13] MOTION for Sanctions will be DEFERRED, pending rulings on the dispositive motions. IT IS FURTHER ORDERED THAT an evidentiary hearing on the defendants' [18] MOTION for Protective Order is set for Friday, September 14, 2012, at 9:00 a.m. (Motion day set for 9/14/2012 09:00 AM in Lafayette, Courtroom 7 before Magistrate Judge Patrick J Hanna.) Responses due by 9/13/2012. Signed by Magistrate Judge Patrick J Hanna on 9/5/2012. (crt,Dauterive, C) (Entered: 9/6/2012) |
| 9/5/2012 | 28 | MINUTE ENTRY REFERRING MOTIONS: [4] MOTION to Strike and [5] MOTION to Dismiss For Failure to State a Claim. Motions referred to Patrick J Hanna. (crt,Dauterive, C) (Entered: 9/6/2012) |
| 9/6/2012 | 26 26 26 | MOTION to Amend/Correct [18] MOTION for Protective Order , [18] MOTION for Sanctions with consent sought but not yet obtained by Lafayette City-Parish Consolidated Government. Motions referred to Patrick J Hanna. (Attachments: # (1) Proposed order, # (2) Proposed Exhibit)(aty,Corry, Michael) Modified on 9/7/2012 to edit text (Dauterive, C). (Entered: 9/6/2012) |
| 9/7/2012 | 30 | ORDER granting [26] Motion to Amend/Correct [18] Motion for Protective Order, Motion for Sanctions. Signed by Magistrate Judge Patrick J Hanna on 9/7/2012. (crt,Dauterive, C) (Entered: 9/10/2012) |
| 9/7/2012 | 31 | EXHIBIT A-1 re [18] MOTION for Protective Order, [18] MOTION for Sanctions by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. (crt,Dauterive, C) (Entered: 9/10/2012) |
| 9/10/2012 | 29 | WAIVER OF SERVICE Returned Executed by City Police of Lafayette, Lester Joseph Durel, Jr, James P Craft, George Jackie Alfred, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. All Defendants. (aty,Corry, Michael) (Entered: 9/10/2012) |
| 9/10/2012 | 32 | MINUTE ENTRY REFERRING MOTION: [4] MOTION to Strike, [5] MOTION to Dismiss For Failure to State a Claim and [13] MOTION for Sanctions. Motions referred to Patrick J Hanna for Report and Recommendation. (crt,Dauterive, C) (Entered: 9/10/2012) |
| 9/10/2012 | | WAIVER OF SERVICE Returned Executed George Jackie Alfred waiver sent on 9/5/2012, answer due 11/5/2012; James P Craft waiver sent on 9/5/2012, answer due 11/5/2012; Lester Joseph Durel, Jr waiver sent on 9/5/2012, answer due 11/5/2012; City Police of Lafayette waiver sent on 9/5/2012, answer due 11/5/2012; Lafayette City-Parish Consolidated Government waiver sent on 9/5/2012, answer due 11/5/2012; Dee Edward Stanley waiver sent on 9/5/2012, answer due 11/5/2012. ADMINISTRATIVE ENTRY to captureappropriate answer |

| | | |
|---|---|---|
| | | due dates; see pdf document electronically filed as document [29]. (crt,Dauterive, C) (Entered: 9/11/2012) |
| 9/12/2012 | 33<br>33<br>33<br>33<br>33<br>33 | Second MOTION for Leave to File Supplemental Memo in Support of Motion for Protective Order and Motion for Sanctions with consent sought but not yet obtained by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. Motions referred to Patrick J Hanna. (Attachments: # (1) Proposed Supplemental Memo in Support of Motion for Protective Order & Motion for Sanctions, # (2) Proposed Exhibit A, # (3) Proposed Exhibit B, # (4) Proposed Order)(aty,Corry, Michael) Modified on 9/13/2012 to edit text (Dauterive, C). (Entered: 9/12/2012) |
| 9/13/2012 | 34<br>34<br>34 | MOTION for Leave to File Reply to Plaintiffs' Opposition to Motion to Strike with consent sought but not yet obtained by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-ParishConsolidated Government, Dee Edward Stanley. Motions referred to Patrick J Hanna. (Attachments: # (1) Memorandum / Brief, # (2) Proposed order)(aty,Corry, Michael) (Entered: 9/13/2012) |
| 9/13/2012 | 35<br>35<br>35 | MOTION for Leave to File Reply to Plaintiffs' Opposition to Motion for Sanctions with consent sought but not yet obtained by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. Motions referred to Patrick J Hanna. (Attachments: # (1) Memorandum / Brief, # (2) Proposed order)(aty,Corry, Michael) (Entered: 9/13/2012) |
| 9/13/2012 | 36 | ORDER granting [33] Motion for Leave to File Supplemental Memo in Support of Motion for Protective Order and Motion for Sanctions. Signed by Magistrate Judge Patrick J Hanna on 9/13/2012. (crt,Dauterive, C) (Entered: 9/13/2012) |
| 9/13/2012 | 37<br>37<br>37 | SUPPLEMENTAL MEMORANDUM in Support re [18] MOTION for Protective Order, [18] MOTION for Sanctions filed by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. (Attachments: # (1) Exhibit A, # (2) Exhibit B)(crt,Dauterive, C) (Entered: 9/13/2012) |
| 9/13/2012 | 38<br>38<br>38<br>38<br>38<br>38<br>38 | MEMORANDUM in Opposition re [18] MOTION for Protective Order filed by Regina Briscoe, Greg Cormier, Aleeta M Harding, Kane Marceaux, Uletom P Hewitt, Norbert Myers, Scott Poiencot, Novey Stelly, Gabriel Thompson. (Attachments: # (1) Exhibit A - Order Setting Hearing on State Court TRO, # (2) Exhibit B - Order Quashing Purported State Court TRO, # (3) Exhibit C - Final Judgment on State Court TRO Suit, # (4) Exhibit D - Transcript of Hearing on State Court TRO Suit, # (5) Exhibit E - Filed Copy of State Court Petition for Writ of Mandamus, # (6) Exhibit F - October 4, 2011 Telco re: Jeremy Dupuis (mandamus production))(aty,Alexander, John) (Entered: 9/13/2012) |
| 9/14/2012 | 40 | MINUTES for proceedings held before Magistrate Judge Patrick J Hanna: MOTION HEARING held on 9/14/2012 re [18] MOTION for Protective Order filed by George Jackie Alfred, Lester Joseph Durel, Jr, Dee Edward Stanley, City Police of Lafayette, James P Craft, Lafayette City-Parish Consolidated Government. IT IS ORDERED that the hearing in the matter is hereby continued to Monday, September 17, 2012 at 9:30 a.m.before Judge Hanna.(Court Reporter: LaRae Bourque) (crt,Jordan, P) (Entered: 9/17/2012) |
| | | |

| | | |
|---|---|---|
| 9/16/2012 | 39 39 39 | MOTION to Hold Defendant Lafayette Consolidated Government in Civil Contempt *with Incorporated Supporting Memorandum* by Regina Briscoe, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kane Marceaux, Norbert Myers, Scott Poiencot, NoveyStelly, Gabriel Thompson. Motions referred to Patrick J Hanna. (Attachments: # (1) Exhibit A - Sept. 15, 2012, News Article in The Advertiser, # (2) Proposed order Proposed Order on Motion to Hold Defendant Lafayette Consolidated Government in Civil Contempt)(aty,Alexander, John) Modified on 9/17/2012 to edit text (Dauterive, C). (Entered: 9/16/2012) |
| 9/17/2012 | 49 49 | MINUTES for proceedings held before Magistrate Judge Patrick J Hanna: MOTION HEARING held on 9/17/2012 re [18] MOTION for Protective Order filed by George Jackie Alfred, Lester Joseph Durel, Jr, Dee Edward Stanley, City Police of Lafayette, James P Craft, Lafayette City-Parish Consolidated Government. A written ruling and order by the Court will follow. (Court Reporter: LaRae Bourque) (Attachments: # (1) witness list) (crt,Jordan, P) (Entered: 9/19/2012) |
| 9/17/2012 | 53 | EXHIBIT LIST by George Jackie Alfred, Regina Briscoe, Greg Cormier, James P Craft, Lester Joseph Durel, Jr, Aleeta M Harding, Uletom P Hewitt, City Police of Lafayette. See minutes of 9/17/12 rec.doc.[49](crt,Jordan, P) (Entered: 9/24/2012) |
| 9/18/2012 | 41 | ELECTRONIC ORDER deferring ruling on [18] Motion for Sanctions. Counsel for the defendants is ordered to provide the Court with an affidavit of all attorney's fees, costs and expenses incurred in bringing the Motion for Protective Order [Rec. Doc. 18] by no later than Friday, September 21, 2012. Signed by Magistrate Judge Patrick J. Hanna on 09/18/2012. (jud,Hanna, Patrick) (Entered: 9/18/2012) |
| 9/18/2012 | 42 | MEMORANDUM ORDER: IT IS ORDERED THAT the attorneys and parties to this litigation shall have no contact or communication with other parties represented by counsel regarding issues made the subject of this lawsuit, except as required in the course and conduct of their law enforcement duties and their participation in active civil matters; IT IS FURTHER ORDERED THAT the parties' and their attorneys' contact and communication with and through the media shall be limited as stated within this order. IT IS FURTHER ORDERED that the website www.realcopsvcraft.com shall be closed and removed immediately, ceasing all operation and publication, and that the recordings made by the plaintiffs in this lawsuit and all information contained inthose recordings shall not be publicly disclosed outside the confines of this case and any other pending legal proceeding, absent leave of court. Signed by Magistrate Judge Patrick J Hanna on 09/18/12. (crt,Yocum, M) (Entered: 9/18/2012) |
| 9/18/2012 | 43 | ORDER granting [34] Motion for Leave to File Reply to Plaintiffs' Opposition to Motion to Strike. Signed by Magistrate Judge Patrick J Hanna on 9/18/2012. (crt,Dauterive, C) (Entered: 9/18/2012) |
| 9/18/2012 | 44 | REPLY to Response to Motion re [4] MOTION to Strike filed by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government and Dee Edward Stanley. (crt,Dauterive, C) (Entered: 9/18/2012) |
| 9/18/2012 | 45 | ORDER: It is ORDERED that the subpoena issued to Sgt. David Anderson, Troop I, is hereby QUASHED in its entirety. It is FURTHER ORDERED that the subpoena issued to Chief Brannon Decou, Broussard City PD, is hereby QUASHED in its entirety. It is FURTHER ORDERED that no party or their attorney shall produce the subpoena or the documents attached to the subpoena to any third party absent expression permission of this Court. It is FURTHER ORDERED that the Clerk shall |

| | | |
|---|---|---|
| | | serve the above-referenced individuals/entities with a copy of this Order. Signed by Magistrate Judge Patrick J Hanna on 9/18/2012. (crt,Dauterive, C) (Entered: 9/18/2012) |
| 9/18/2012 | 46 | ORDER granting [35] Motion for Leave to File Reply to Plaintiffs' Opposition to Motion for Sanctions. Signed by Magistrate Judge Patrick J Hanna on 9/18/2012. (crt,Dauterive, C) (Entered: 9/18/2012) |
| 9/18/2012 | 47 | REPLY to Response to Motion re [13] MOTION for Sanctions filed by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government and Dee Edward Stanley. (crt,Dauterive, C) (Entered: 9/18/2012) |
| 9/19/2012 | 48 | MEMORANDUM RULING re [18] MOTION for Protective Order filed by George Jackie Alfred, Lester Joseph Durel, Jr, Dee Edward Stanley, City Police of Lafayette, James P Craft, Lafayette City-Parish Consolidated Government, [18] MOTION for Sanctions filed by George Jackie Alfred, Lester Joseph Durel, Jr, Dee Edward Stanley, City Police of Lafayette, James P Craft, Lafayette City-Parish Consolidated Government. A separate order will issue. Signed by Magistrate Judge Patrick J Hannaon 9/18/12. (crt,Jordan, P) (Entered: 9/19/2012) |
| 9/20/2012 | 50 | AFFIDAVIT re Attorney Fees as to [18] Motion for Protective Order, Motion for Sanctions by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. Motions referred to Patrick J Hanna. (aty,Corry, Michael) Modified on 9/26/2012 to correctly identify document and create appropriate document linkage (Dauterive, C). (Entered: 9/20/2012) |
| 9/20/2012 | 51 51 51 51 | MOTION to Amend/Correct [1] Complaint, with consent sought but not yet obtained by Regina Briscoe, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kane Marceaux, Norbert Myers, Scott Poiencot, Novey Stelly, Gabriel Thompson. Motions referred to Patrick J Hanna. (Attachments: # (1) Memorandum in Support, # (2) Proposed Order, # (3) Proposed First Amended and Supplemental Complaint)(aty,Alexander, John) Modified on 9/24/2012 to edit text (Dauterive, C). (Entered: 9/20/2012) |
| 9/20/2012 | | NOTICE of Corrective Action to Michael P Corry on behalf of George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley regarding document electronicallyfiled in error as [50] MOTION for Attorney Fees. Action taken: Modified docket entry to correctly identify as [50] AFFIDAVIT re Attorney Fees as to [18] Motion for Protective Order, Motion for Sanctions. (crt,Dauterive, C) (Entered: 9/26/2012) |
| 9/21/2012 | 52 | MEMORANDUM in Opposition re [51] MOTION to Amend/Correct [1] Complaint,, with consent sought but not yet obtained filed by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. (aty,Corry, Michael) (Entered: 9/21/2012) |
| | | ELECTRONIC ORDER granting [51] Motion to Amend/Correct Complaint. IT IS FURTHER ORDERED that the defendants shall have until October 2, 2012 to file any supplemental briefs to their Motion to Dismiss (Rec. Doc. 5) and/or Motion to Strike (Rec. Doc.4). IT IS FURTHER ORDERED that plaintiffs shall have until October 9, |

| 9/24/2012 | 54 | 2012 to file any opposition. IT IS FURTHER ORDERED that no reply brief shall be allowed. IT IS FURTHER ORDERED that the hearing on the defendants' motions presently set for September 25 is hereby CONTINUED until October 16, 2012 at 9:30 in Courtroom 7. Signed by Magistrate Judge Patrick J Hanna on 09/24/2012. (jud,Hanna, Patrick) (Entered: 9/24/2012) |
|---|---|---|
| 9/24/2012 | 55 | SEALED FIRST AMENDED COMPLAINT against George Jackie Alfred, James P Craft, Ray Domingue, Lester Joseph Durel, Jr, Levy J Firmin, Keith Gremillion, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dwayne Prejean, U J Prevost, Dee Edward Stanley, Randy Vincent, Ted Vincent with Jury Demand filed by Robert Polanco, Kencil D Joseph, Uletom P Hewitt, Donald Ceaser, Greg Cormier, Kane Marceaux, Novey Stelly, Gus Sanchez, Scott Poiencot, Rachel Roberts, Aleeta M Harding, Paul Taylor, Regina Briscoe, Gabriel Thompson, Norbert Myers.(crt,Dauterive, C) Modified on 9/26/2012 to reflect pleading is "Sealed"; see [62] Minutes and Order (Dauterive, C). (Entered: 9/24/2012) |
| 9/24/2012 | 56 | SUMMONS ISSUED as to Ray Domingue, Levy J Firmin, Keith Gremillion, Dwayne Prejean, U J Prevost, Randy Vincent, Ted Vincent (crt,Dauterive, C) (Entered: 9/24/2012) |
| 9/24/2012 | 57 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings filed for Evidentiary Hearing held on 09/14/2012 before Judge Patrick J. Hanna. Court Reporter LaRae E. Bourque, Telephone number (337)593-5221. Pages: 1 - 126 Transcript may be viewed at thecourt public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. Redaction Request due 10/18/2012. Redacted TranscriptDeadline set for 10/29/2012. Release of Transcript Restriction set for 12/27/2012. (crt,Bourque, LaRae) (Entered: 9/24/2012) |
| 9/24/2012 | 58 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT UNDER SEAL of Proceedings filed for Evidentiary Hearing held on 09/14/2012 before Judge Patrick J. Hanna. Court Reporter LaRae E. Bourque, Telephone number (337)593-5221. Pages: 111 - 125. (crt,Bourque, LaRae) (Entered: 9/24/2012) |
| 9/24/2012 | 59 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings filed for the Evidentiary Hearing held on 09/17/2012 before Judge Patrick J. Hanna. Court Reporter LaRae E. Bourque, Telephone number (337)593-5221. Pages: 127 - 280. Transcript may be viewedat the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. Redaction Request due 10/18/2012. Redacted Transcript Deadline set for 10/29/2012. Release of Transcript Restriction set for 12/27/2012. (crt,Bourque, LaRae) (Entered: 9/24/2012) |
| 9/24/2012 | 60 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT UNDER SEAL of Proceedings filed for Evidentiary Hearing held on 09/17/2012 before Judge Patrick J. Hanna. Court Reporter LaRae E. Bourque, Telephone number (337)593-5221. Pages: 222 - 267. (crt,Bourque, LaRae) (Entered: 9/24/2012) |
| 9/24/2012 |  | Set/Reset Deadlines as to [5] MOTION to Dismiss For Failure to State a Claim, [4] MOTION to Strike . Motion day set for 10/16/2012 09:30 AM in Lafayette, Courtroom 7 before Magistrate Judge Patrick J Hanna. (crt,Jordan, P) (Entered: 9/25/2012) |

ECF Docket

| | | |
|---|---|---|
| 9/25/2012 | 61 61 61 | SEALED MOTION for Protective Order, Motion to Strike by James P Craft, City Police of Lafayette, Lafayette City-Parish Consolidated Government. Motions referred to Patrick J Hanna. (Attachments: # (1) Memorandum / Brief, # (2) Proposed order)(aty,Corry, Michael) Modified on 9/26/2012 to more accurately identify document (Dauterive, C). (Entered: 9/25/2012) |
| 9/26/2012 | 62 | MINUTES AND ORDER re TELEPHONE CONFERENCE held on 9/26/2012 before Magistrate Judge Patrick J Hanna: IT IS ORDERED Rec. Doc. [61] be filed under seal. IT IS FURTHER ORDERED that Rec. Doc. [55] be placed under seal. IT IS FURTHER ORDERED that plaintiffs shall re-file Rec. Doc. [55] such that it complies with Fed. R.Civ. P. 4 and LR 5.7.12. IT IS FURTHER ORDERED all other relief requested in Rec. Doc. [61] is deferred pending this Courts ruling on similar pending motions. (crt,Dauterive, C) (Entered: 9/26/2012) |
| 9/27/2012 | 63 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT UNDER SEAL of Proceedings filed for Status Conference held on 09/05/2012 before Judge Patrick J. Hanna. Court Reporter LaRae E. Bourque, Telephone number (337)593-5221. Pages: 1 - 26. (crt,Bourque, LaRae) (Entered: 9/27/2012) |
| 10/2/2012 | 64 64 64 | SUPPLEMENTAL MOTION to Dismiss For Failure to State a Claim First Amended and Supplemental Complaint by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. (Attachments: # (1) Memorandum / Brief, # (2) Proposed order)(aty,Corry, Michael) Modified on 10/4/2012 to indicate as "Supplemental" Motion (Dauterive, C). (Entered: 10/2/2012) |
| 10/2/2012 | 65 65 | MOTION to Re-Urge [4] Motion to Strike filed by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. (Attachments: # (1) Proposed order)(aty,Corry, Michael) Modified on 10/4/2012 to correctly identify document (Dauterive, C). (Entered: 10/2/2012) |
| 10/2/2012 | | NOTICE of Corrective Action to Michael P Corry on behalf of George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley regarding document electronicallyfiled as [65] Supplemental Memorandum in Support of Motion to Strike. Action taken: Modified docket entry to correctly identify as [65] MOTION to Re-Urge [4] Motion to Strike. (crt,Dauterive, C) (Entered: 10/4/2012) |
| 10/2/2012 | | Motions Transferred regarding [64] SUPPLEMENTAL MOTION to Dismiss For Failure to State a Claim First Amended and Supplemental Complaint, and [65] MOTION to Re-Urge [4] Motion to Strike. Motions referred to Patrick J Hanna. (crt,Dauterive, C) (Entered: 10/4/2012) |
| 10/3/2012 | 66 66 66 | APPEAL OF MAGISTRATE JUDGE DECISION to District Judge by Regina Briscoe, Donald Ceaser, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kencil D Joseph, Kane Marceaux, Norbert Myers, Scott Poiencot, Robert Polanco, Rachel Roberts, Gus Sanchez, Novey Stelly, Paul Taylor, Jr, Gabriel Thompson. (Attachments: # (1) Memorandum / Brief Memorandum in Support of Plaintiffs' Appeal of the Magistrate Judge's Order Granting (in part) Defendants' Motion for Protective Order [Rec. Doc. 18], # (2) Proposed order Proposed Order on Plaintiffs' Appeal of the Magistrate Judge's Order Granting (in part) Defendants' Motion for Protective Order [Rec. Doc. 18])(aty,Alexander, John) (Entered: 10/3/2012) |

| | | |
|---|---|---|
| 10/4/2012 | 67 | NOTICE of Motion Setting with oral argument regarding: [66] APPEAL OF MAGISTRATE JUDGE DECISION to District Judge. Motions referred to Richard T Haik, Sr. Motion day set for 11/15/2012 09:30 AM in Lafayette, Courtroom 1 before Judge Richard T HaikSr. (crt,Dauterive, C) (Entered: 10/4/2012) |
| 10/5/2012 | 68 | ORDER granting [65] Motion to Re-Urge [4] Motion to Strike. Defendants granted leave of Court to supplement and re-urge their original Motion to Strike. Signed by Magistrate Judge Patrick J Hanna on 10/05/12. (crt,Yocum, M) (Entered: 10/5/2012) |
| 10/5/2012 | 69 | ORDER TO SHOW CAUSE: Show Cause Hearing set for 10/16/2012 09:30 AM in Lafayette Court House before Magistrate Judge Patrick J Hanna for Plaintiffs to show why Defendants' Motion to Dismiss and Supplemental Motion to Dismiss should not be granted as prayed for. Signed by Magistrate Judge Patrick J Hanna on 10/05/12. (crt,Yocum, M) (Entered: 10/5/2012) |
| 10/9/2012 | 70 70 70 70 70 | MOTION for Leave to File Revised First Amended and Supplemental Complaint with opposition by Regina Briscoe, Donald Ceaser, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kencil D Joseph, Kane Marceaux, Norbert Myers, Scott Poiencot,Robert Polanco, Rachel Roberts, Gus Sanchez, Novey Stelly, Paul Taylor, Jr, Gabriel Thompson. Motions referred to Patrick J Hanna. (Attachments: # (1) Memorandum in Support, # (2) Proposed Order, # (3) Exhibit "A" - Letter from Opposing Counsel Not Consenting to Proposed Revisions re: Scrivener's Errors, # (4) Exhibit "B" - Proposed Revised First Amended and Supplemental Complaint)(aty,Alexander, John) Modified on 10/9/2012 to edit text (Dauterive, C). (Entered: 10/9/2012) |
| 10/9/2012 | 71 71 | SUPPLEMENTAL MEMORANDUM in Opposition re [4] MOTION to Strike, [65] MOTION to Re-Urge [4] Motion to Strike filed by Regina Briscoe, Donald Ceaser, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kencil D Joseph, Kane Marceaux, Norbert Myers, Scott Poiencot, Robert Polanco, Rachel Roberts, Gus Sanchez, Novey Stelly, Paul Taylor, Jr, Gabriel Thompson. (Attachments: # (1) Exhibit "A" - Correspondence from Opposing Counsel Rejecting Proposal to Correct Scrivener'sErrors within Plaintiffs' Revised Amended Complaint)(aty,Alexander, John) Modified on 10/10/2012 to edit text (Dauterive, C). (Entered: 10/9/2012) |
| 10/9/2012 | 72 | MEMORANDUM in Opposition re [5] MOTION to Dismiss For Failure to State a Claim, [64] SUPPLEMENTAL MOTION to Dismiss For Failure to State a Claim First Amended and Supplemental Complaint filed by Regina Briscoe, Donald Ceaser, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kencil D Joseph, Kane Marceaux, Norbert Myers, Scott Poiencot, Robert Polanco, Rachel Roberts, Gus Sanchez, Novey Stelly, Paul Taylor, Jr, Gabriel Thompson. (aty,Alexander, John) (Entered: 10/9/2012) |
| 10/10/2012 | 73 | ORDER granting [70] Motion for Leave to File Revised First Amended and Supplemental Complaint. Signed by Magistrate Judge Patrick J Hanna on 10/10/2012. (crt,Dauterive, C) (Entered: 10/11/2012) |
| 10/10/2012 | 74 | FIRST AMENDED AND SUPPLEMENTAL COMPLAINT against George Jackie Alfred, James P Craft, Ray Domingue, Lester Joseph Durel, Jr, Levy J Firmin, Keith Gremillion, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dwayne Prejean, UJ Prevost, Dee Edward Stanley, Randy Vincent, Ted Vincent with Jury Demand filed by Robert Polanco, Kencil D Joseph, Uletom P Hewitt, Donald Ceaser, Greg Cormier, Kane Marceaux, Novey Stelly, Gus Sanchez, Scott Poiencot, Rachel Roberts, Aleeta M Harding, Paul Taylor, Jr, Regina Briscoe, Gabriel |

| | | Thompson, Norbert Myers.(crt,Dauterive, C) (Entered: 10/11/2012) |
|---|---|---|
| 10/15/2012 | 75 | MINUTE ENTRY CANCELLING ORAL ARGUMENT: [66] APPEAL OF MAGISTRATE JUDGE DECISION to District Judge motion day set for 11/15/2012 WITHOUT ORAL ARGUMENT before Judge Richard T Haik Sr. (crt,Yocum, M) (Entered: 10/16/2012) |
| 10/16/2012 | 76 | MINUTES for proceedings held before Magistrate Judge Patrick J Hanna: MOTION HEARING held on 10/16/2012 re [4] MOTION to Strike filed by George Jackie Alfred, Lester Joseph Durel, Jr, Dee Edward Stanley, City Police of Lafayette, James P Craft, Lafayette City-Parish Consolidated Government, [5] MOTION to Dismiss For Failure to State a Claim filed by George Jackie Alfred, Lester Joseph Durel, Jr, Dee Edward Stanley, City Police of Lafayette, James P Craft, Lafayette City-Parish Consolidated Government. A written ruling and order by the Court will follow.(Court Reporter: LaRae Bourque) (crt,Jordan, P) (Entered: 10/16/2012) |
| 10/18/2012 | 77 | MEMORANDUM RULING granting in part and denying in part [4] Motion to Strike. Signed by Magistrate Judge Patrick J Hanna on 10/18/12. (crt,Yocum, M) (Entered: 10/19/2012) |
| 10/22/2012 | 78<br>78<br>78<br>78 | MEMORANDUM in Opposition re [66] APPEAL OF MAGISTRATE JUDGE DECISION to District Judge filed by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. (Attachments: # (1) Exhibit, # (2) Exhibit, # (3) Exhibit)(aty,Corry, Michael) (Entered: 10/22/2012) |
| 11/28/2012 | 79 | REPORT AND RECOMMENDATIONS re [5] MOTION to Dismiss For Failure to State a Claim filed by George Jackie Alfred, Lester Joseph Durel, Jr, Dee Edward Stanley, City Police of Lafayette, James P Craft, Lafayette City-Parish Consolidated Government, [64] SUPPLEMENTAL MOTION to Dismiss For Failure to State a Claim First Amended and Supplemental Complaint filed by George Jackie Alfred, Lester Joseph Durel, Jr, Dee Edward Stanley, City Police of Lafayette, James P Craft, Lafayette City-Parish Consolidated Government. Objections to R&R due by 12/17/2012. Signed by Magistrate Judge Patrick J Hanna on 11/28/12. cc to RTH/gb(crt,Guidry, C) (Entered: 11/28/2012) |
| 12/3/2012 | 80 | ORDER denying [39] Motion to Hold Defendant Lafayette Consolidated Government in Civil Contempt. Signed by Magistrate Judge Patrick J Hanna on 12/3/12. (crt,Kennedy, T) (Entered: 12/4/2012) |
| 12/12/2012 | 81 | OBJECTION to [79] Report and Recommendations by Regina Briscoe, Donald Ceaser, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kencil D Joseph, Kane Marceaux, Norbert Myers, Scott Poiencot, Robert Polanco, Rachel Roberts, Gus Sanchez,Novey Stelly, Paul Taylor, Jr, Gabriel Thompson. (aty,Alexander, John) Modified text to more accurately reflect pleading submitted on 12/18/2012 (Yocum, M). (Entered: 12/12/2012) |
| 12/18/2012 | | NOTICE of Corrective Action to John Christopher Alexander, Sr on behalf of Regina Briscoe, Donald Ceaser, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kencil D Joseph, Kane Marceaux, Norbert Myers, Scott Poiencot, Robert Polanco, Rachel Roberts, Gus Sanchez, Novey Stelly, Paul Taylor, Jr, Gabriel Thompson regarding [81] OBJECTION to Report and Recommendations (electronically filed as a Response in Opposition (NOT Motions). Action taken: Docket text has been modified to more accurately reflect the pleading submitted (OBJECTION to Report and Recommendations.) **Responses to the Objection to R & R due by** |

| | | |
|---|---|---|
| | | **12/26/2012**. (crt,Yocum, M) (Entered: 12/18/2012) |
| 12/18/2012 | | Set Deadlines as to [79] REPORT AND RECOMMENDATIONS re [5] MOTION to Dismiss For Failure to State a Claim filed by George Jackie Alfred, Lester Joseph Durel, Jr, Dee Edward Stanley, City Police of Lafayette, James P Craft, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. Response to Objection to R&R due by 12/26/2012. (crt,Yocum, M) (Entered: 12/18/2012) |
| 12/20/2012 | 82 | RESPONSE TO OBJECTION to [79] Report and Recommendations by George Jackie Alfred, James P Craft, Lester Joseph Durel, Jr, City Police of Lafayette, Lafayette City-Parish Consolidated Government, Dee Edward Stanley . (aty,Corry, Michael) Modified on 12/21/2012 to more accurately identify document and create appropriate document linkage (Dauterive, C). (Entered: 12/20/2012) |
| 1/14/2013 | 83 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings filed for Hearing held on 10/16/2012 before Judge Patrick J. Hanna. Court Reporter LaRae E. Bourque, Telephone number (337)593-5221. Pages: 1 - 84 Transcript may be viewed at the court publicterminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. Redaction Request due 2/7/2013. Redacted Transcript Deadline set for 2/19/2013. Release of Transcript Restriction set for 4/18/2013. (crt,Bourque, LaRae) (Entered: 1/14/2013) |
| 1/30/2013 | 84 | JUDGMENT ADOPTING [79] Report and Recommendations; granting in part and denying in part [5] Motion to Dismiss for Failure to State a Claim and [64] Motion to Dismiss for Failure to State a Claim. Signed by Judge Richard T Haik, Sr on 1/23/2013. (crt,Dauterive, C) Modified on 1/31/2013 to correct file date (Dauterive, C). (Entered: 1/31/2013) |
| 2/14/2013 | 85<br>85 | MOTION for Extension of Time to File Answer with consent by George Jackie Alfred, James P Craft, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. Motions referred to Patrick J Hanna. (Attachments: # (1) Text of proposed order Order)(aty,Briney, Patrick) (Entered: 2/14/2013) |
| 2/15/2013 | 86 | ORDER granting [85] Motion for Extension of Time to Answer re [1] Complaint,, [74] Amended Complaint,, [55] Amended Complaint,, George Jackie Alfred answer due 3/1/2013; James P Craft answer due 3/1/2013; Lafayette City-Parish Consolidated Government answer due 3/1/2013; Dee Edward Stanley answer due 3/1/2013. Signed by Magistrate Judge Patrick J Hanna on 2/15/13. (crt,Kennedy, T) (Entered: 2/15/2013) |
| 3/1/2013 | 87 | ANSWER to [1] Complaint,, with Jury Demand by George Jackie Alfred, James P Craft, Lafayette City-Parish Consolidated Government, Dee Edward Stanley.(aty,Corry, Michael) (Entered: 3/1/2013) |
| 3/1/2013 | 88 | ANSWER to [74] Amended Complaint,, with Jury Demand by George Jackie Alfred, James P Craft, Lafayette City-Parish Consolidated Government, Dee Edward Stanley.(aty,Corry, Michael) (Entered: 3/1/2013) |
| 3/1/2013 | 89<br>89<br>89<br>89<br>89 | MOTION Contempt by George Jackie Alfred, James P Craft, Lafayette City-Parish Consolidated Government, Dee Edward Stanley. Motions referred to Patrick J Hanna. (Attachments: # (1) Proposed order, # (2) Memorandum / Brief, # (3) Exhibit, # (4) Exhibit, # (5) Exhibit)(aty,Corry, Michael) (Entered: 3/1/2013) |

| | 89 | |
|---|---|---|
| 3/1/2013 | 90 | NOTICE OF INTERLOCUTORY APPEAL as to [84] Judgment Adopting Report and Recommendations,, Order on Motion to Dismiss for Failure to State a Claim,, Order on Report and Recommendations,,, by Regina Briscoe, Donald Ceaser, Greg Cormier, Aleeta M Harding, Uletom P Hewitt, Kencil D Joseph, Kane Marceaux, Norbert Myers, Scott Poiencot, Robert Polanco, Rachel Roberts, Gus Sanchez, Novey Stelly, Paul Taylor, Jr, Gabriel Thompson. (Filing fee $455, receipt number 0536-2179941) (aty,Alexander, John) (Entered: 3/1/2013) |