# UNITED STATES COURT OF APPEALS

## FIFTH JUDICIAL CIRCUIT

**CIVIL ACTION NO: 13-30225**

**KANE MARCEAUX, ET AL**

**VERSUS**

**LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT, ET AL**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION
HONORABLE JUDGE RICHARD T. HAIK, SR.
MAGISTRATE PATRICK J. HANNA
DOCKET NO. 6:12-CV-1532

**MOTION TO DISMISS PLAINTIFFS' APPEALS
ON BEHALF OF DEFENDANT/PPELLEES,
LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL**

RESPECTFULLY SUBMITTED:

BRINEY FORET CORRY

By: s/Michael P. Corry
    **MICHAEL P. CORRY - 20764**
    **PATRICK J. BRINEY - 03467**
    **HALLIE P. COREIL - 33784**
    413 Travis Street, Suite 200
    Post Office Drawer 51367
    Lafayette, Louisiana 70505-1367
    Telephone: (337) 237-4070
    Facsimile: (337) 233-8719
ATTORNEYS FOR DEFENDANTS

# UNITED STATES COURT OF APPEALS

# FIFTH JUDICIAL CIRCUIT

## CIVIL ACTION NO: 13-30225

## KANE MARCEAUX, ET AL

## VERSUS

## LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL

### CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case. These representations are made in order that the Judges of this Court may evaluate possible disqualification or recusal.

1)  Kane Marceaux, Plaintiff\Appellant;

2)  Scott Poiencot, Plaintiff\Appellant;

3)  Greg Cormier, Plaintiff\Appellant;

4)  Gabe Thompson, Plaintiff\Appellant;

5)  Nolvey Stelly, Plaintiff\Appellant;

6)  Uletom P. Hewitt, Plaintiff\Appellant;

7)  Norbert Myers, Plaintiff\Appellant;

8)  Aleeta M. Harding, Plaintiff\Appellant;

9)  Gus Sanchez, Plaintiff\Appellant;

10) Robert Polanco, Plaintiff\Appellant;

11) Regina Briscoe, Plaintiff\Appellant;

12) Raquel Roberts, Plaintiff\Appellant;

13) Kencil Joseph, Plaintiff\Appellant;

14) Donald Ceaser, Plaintiff\Appellant;

15) Paul Taylor, Jr., Plaintiff\Appellant;

16) Lafayette City-Parish Consolidated Government, Defendant\Appellee;

17) Lafayette Police Department, through Lafayette City-Parish Consolidated Government, Defendant\Appellee;

18) Joseph Durel, President of Lafayette City-Parish Consolidated Government, Defendant\Appellee;

19) Edward Dee Stanley, Chief Administrative Officer of Lafayette City-Parish Consolidated Government, Defendant\Appellee;

20) James "Jim" Craft, Chief of Police for Lafayette Police Department, Defendant\Appellee;

21) George "Jackie" Alfred, Defendant\Appellee;

22) Levy Firmin, Defendant\Appellee;

23) Ted Vincent, Defendant\Appellee;

24) Randy Vincent, Defendant\Appellee;

25) Ray Domingue, Defendant\Appellee;

26) Dewayne Prejean, Defendant\Appellee;

27) U. J. Prevost, Defendant\Appellee; and

28) Keith Gremillion, Defendant\Appellee;

RESPECTFULLY SUBMITTED:

**BRINEY FORET CORRY, LLP**


**MICHAEL P. CORRY – 20764**
**PATRICK J. BRINEY – 03467**
**HALLIE P. COREIL - 33764**
413 Travis Street
Suite 200
Post Office Box 51367
Lafayette, Louisiana 70505-1367
Telephone:  (337) 237-4070
Facsimile:  (337) 233-8719
**ATTORNEY FOR DEFENDANTS**

NOW INTO COURT, through undersigned counsel, come Defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG"); LAFAYETTE POLICE DEPARTMENT THROUGH THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LESTER JOSEPH "JOEY" DUREL, JR. IN HIS CAPACITY AS PRESIDENT OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; DEE EDWARD STANLEY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF ADMINISTRATIVE OFFICER OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; JAMES P. "JIM" CRAFT, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF THE LAFAYETTE POLICE DEPARTMENT; AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY AND IN HIS CAPACITY AS PATROL DIVISION COMMANDER OF THE LAFAYETTE POLICE DEPARTMENT, who respectfully move to dismiss the Appeals lodged on behalf of Plaintiffs upon representing to the Court that the Orders which Plaintiffs seek to appeal are not final, appealable judgments under F.R.C.P. Rule 54(b) or appealable interlocutory judgments under 28 U.S.C. §1292, such that this Court lacks jurisdiction pursuant to 28 U.S.C. §1291, as more fully supported by the memorandum filed herewith.

WHEREFORE, Defendants pray that their Motion to Dismiss Plaintiffs' Appeals be granted and that Plaintiffs' purported Appeals of the District Court's

granting of Defendants' Motion for Protective Order and Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6) be dismissed, at Plaintiffs' costs.

**RESPECTFULLY SUBMITTED:**

**BRINEY FORET CORRY**

By: s/Michael P. Corry
    **MICHAEL P. CORRY - 20764**
    **PATRICK J. BRINEY - 03467**
    **HALLIE P. COREIL - 33784**
    413 Travis Street, Suite 200
    Post Office Drawer 51367
    Lafayette, Louisiana 70505-1367
    Telephone: (337) 237-4070
    Facsimile: (337) 233-8719
ATTORNEYS FOR DEFENDANTS

# CERTIFICATE

This is to certify that on April 10, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

springlaw@gmail.com

jca@jcalaw.us

hanna_orders@lawd.uscourts.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant or pro se defendant:

**Royal Alexander, Esq.**

      _____s/Michael P. Corry_____
      MICHAEL P. CORRY- 20764

# UNITED STATES COURT OF APPEALS

# FIFTH JUDICIAL CIRCUIT

---

### CIVIL ACTION NO: 13-30225

### KANE MARCEAUX, ET AL

### VERSUS

### LAFAYETTE CITY-PARISH
### CONSOLIDATED GOVERNMENT, ET AL

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION
HONORABLE JUDGE RICHARD T. HAIK, SR.
MAGISTRATE PATRICK J. HANNA
DOCKET NO. 6:12-CV-1532

---

### MEMORANDUM IN SUPPORT OF DEFENDANT/APPELLEES'
### MOTION TO DISMISS PLAINTIFFS' APPEALS

---

Defendants, submit the Memorandum in support of the foregoing Motion to Dismiss Plaintiffs' Appeal as follows:

## I.   FACTS & PROCEDURAL HISTORY

Plaintiffs, current and former employees of the Lafayette Police Department, filed the instant lawsuit asserting various constitutional claims under 42 U.S.C.

§1983.[1] In response to Plaintiffs' ongoing efforts to try their case in the media, Defendants filed a Motion for Protective Order, which was granted in part and denied in part.[2] In particular, and pertinent to the instant Motion, the District Court granted Defendants' Motion for Protective Order relative to an inflammatory website Plaintiffs maintained entitled "Realcopsvcraft.com," wherein Plaintiffs posted relevant pleadings and secretly recorded conversations between certain Plaintiffs and Defendants within the Lafayette Police Department.[3] The website was especially aimed at disparaging the public image of Defendant Craft, Chief of the Lafayette Police Department. The District Court appropriately ordered that the website be removed. Plaintiffs filed a Notice of Appeal seeking reversal of this decision;[4] however, as supported by the applicable law and jurisprudence, the District Court's Order vis-à-vis Defendants' Motion for Protective Order is a non-appealable interlocutory judgment.

---

[1] Dist. Ct. Doc. 1 (Plaintiffs' original Petition) and Dist. Ct. Doc. 74 (Plaintiffs' First Supplemental and Amending Petition).

[2] Defendants' Motion for Protective Order is at Dist. Ct. Doc. 18. The District Court's Judgment on same is at Dist. Ct. Doc. 48 (Magistrate Hanna's Memorandum Ruling) and Dist. Ct. Doc. 93 (Judge Haik's Ruling denying Plaintiffs' appeal of Magistrate Hanna's Memorandum Ruling).

[3] Dist. Ct. Doc. 48 (Magistrate Hanna's Memorandum Ruling) and Dist. Ct. Doc. 93 (Judge Haik's Ruling denying Plaintiffs' appeal of Magistrate Hanna's Memorandum Ruling).

[4] Dist. Ct. Doc. 100 (Notice of Appeal and Motion for Certificate of Appealability.

Following Defendants' Motion for Protective Order, Defendants moved to dismiss Plaintiffs' claims under F.R.C.P. Rule 12(b)(6),[5] which the District Court granted in part and denied in part.[6] Plaintiffs seek to appeal those portions of the District Court's ruling granting Defendants' Motion to Dismiss.[7] Like Plaintiffs' purported appeal of the District Court's ruling on Defendants' Motion for Protective Order, Plaintiffs' attempted appeal of the ruling regarding Defendants' Motion to Dismiss is not a final judgment immediately reviewable on appeal.

Incorporated with the foregoing Notices of Appeal, Plaintiffs requested that the District Court certify the judgments as final and stay further proceedings pending appeal. Defendants oppose said requests, and the District Court has not yet made a determination as to same.

## II. LAW & ARGUMENT

Dismissal of an appeal is appropriate where the Court lacks appellate jurisdiction because the District Court has not certified a judgment dismissing fewer than all parties or claims as final or where the order appealed is a non-appealable interlocutory judgment.[8] As this Court has succinctly explained:

---

[5] Dist. Ct. Doc. 5 and Dist. Ct. Doc. 8 (Motion to Dismiss Original Complaint); Dist. Ct. Doc. 64 (Motion to Dismiss Amended Complaint).
[6] Dist. Ct. Doc. 79 (Magistrate Hanna's Report and Recommendations) and Dist. Ct. Doc. 84 (Judge Haik's Judgment adopting Report and Recommendations).
[7] Dist. Ct. Doc. 90 (Notice of Appeal).
[8] *Cook v. Eizenman,* 312 F.2d 134 (5th Cir. 1963); *Esnault v. Waterman S.S. Corp.*, 449 F.2d 1296 (5th Cir. 1971).

Courts of appeal, have "jurisdiction of appeals from all final decisions of the district courts of the United States." 28 U.S.C. §1291. An order is final only when it "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Ordinarily where an action involves multiple parties, a disposition of the action as to only some of the parties does not result in a final appealable order absent a certification by the district court under Fed.R.Civ.P. 54(b).[9]

The Supreme Court has further recognized that a small class of prejudgment orders may be immediately appealable because they are conclusive, resolve important questions separate from the merits, and are effectively unreviewable on appeal from the final judgment on the underlying action.[10]

In this case, Plaintiffs seek to appeal two separate non-final judgments. First, Plaintiffs seek to appeal the portion of the judgment granting Defendants' Motion for Protective Order relative to the website. Second, they seek to appeal those portions of Defendants' Motion to Dismiss under F.R.C.P. Rule 12(b)(6). The District Court has not certified either Order as a final judgment under F.R.C.P. Rule 54. Neither has the District Court found that these judgments fall under the narrow circumstances in which an otherwise non-appealable interlocutory judgment may be appealed under 28 U.S.C. §1292(b). As such, this Court lacks jurisdiction to consider Plaintiffs' purported Appeals, and Defendants' Motion to Dismiss same should be granted. In the alternative, Plaintiffs' purported appeals

---

[9] *Nagle v. Lee*, 807 F.2d 435, 438 (5th Cir. 1987). (Citations omitted.)
[10] *Mohawk Industries, Inc. v. Carpenter,* 558 U.S. 100, 130 S.Ct. 599, 605 (2009).

are premature, because the Court has made no determination as to the finality or appealability of either Judgment, such that the lodged appeals should be stayed until such an order from the District Court and thereafter dismissed if the District Court ultimately decides not certify either judgment as final or otherwise authorize appeal.

                            **RESPECTFULLY SUBMITTED:**

                            **BRINEY FORET CORRY**

                    By:  s/Michael P. Corry
                            **MICHAEL P. CORRY - 20764**
                            **PATRICK J. BRINEY - 03467**
                            **HALLIE P. COREIL - 33784**
                            413 Travis Street, Suite 200
                            Post Office Drawer 51367
                            Lafayette, Louisiana 70505-1367
                            Telephone:  (337) 237-4070
                            Facsimile:  (337) 233-8719
                            ATTORNEYS FOR DEFENDANTS

## CERTIFICATE

This is to certify that on April 10, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

springlaw@gmail.com

jca@jcalaw.us

hanna_orders@lawd.uscourts.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant or pro se defendant:

**Royal Alexander, Esq.**

```
        s/Michael P. Corry
    MICHAEL P. CORRY- 20764
```