# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 16, 2013

Mr. Michael P. Corry
Mr. Patrick J. Briney
Ms. Hallie Pilcher Coreil
Briney Foret Corry
413 Travis Street
Suite 200
Lafayette, LA 70503-2459

    No. 13-30225,   Kane Marceaux, et al v. Lafayette City-Parish Con Govt, et al
        USDC No. 6:12-CV-1532

Your motion to dismiss the appeal for lack of jurisdiction requires a certificate of interested persons, see 5TH CIR. R. 27.4. You have until April 26, 2013 to correct this deficiency. Once you have made the necessary corrections, please e-mail the revised motion to allison_lopez@ca5.uscourts.gov and we will replace the image on your original filing. **PLEASE DO NOT REFILE THE MOTION.**

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Allison G. Lopez, Deputy Clerk
        504-310-7702

cc:  Mr. John Christopher Alexander Sr.
     Mr. Richard Royal Alexander
     Mr. Stanley Stephen Spring II

P.S.  This appeal relates only to the notice of appeal filed in the district court on March 1, 2013.  The second notice of appeal filed on April 3, 2013 has been docketed separately under appeal number 13-30332.  If you are seeking dismissal of that appeal as well, you must file a separate motion in that case.